UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60552-CIV-COHN/SELTZER

CHARLES W. CHERRY II and
PERCY SQUIRE CO., LLC,

    Plaintiffs,

v.

TAMA BROADCASTING, INC.,

    Defendant.
_____/

## ORDER STAYING CASE PENDING DECISION IN RELATED ACTION

**THIS CAUSE** is before the Court upon Defendant Tama Broadcasting, Inc.'s Motion to Stay Pending Resolution of First-Filed Case [DE 5] ("Motion"). Although the Court ordered Plaintiffs to respond to the Motion by March 22, 2013, see DE 6, Plaintiffs have not done so. The Court has carefully reviewed the Motion and the record in this case and is otherwise fully advised in the premises.

On January 9, 2013, Plaintiffs filed this action in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. See DE 1-2 at 3-6 (Compl.). Plaintiffs, two attorneys who allegedly performed legal services for Defendant Tama Broadcasting, Inc. ("Tama"), seek to collect unpaid fees under retainer agreements with Tama. See id. On March 11, 2013, Tama removed Plaintiffs' action to this Court based on diversity jurisdiction. See DE 1 (Notice of Removal); 28 U.S.C. § 1332(a)(1).

On March 15, 2013, Tama filed its present Motion. See DE 5. According to the Motion, Plaintiffs are pursuing the same attorney's fees at issue here through a pending

motion in a related, earlier-filed action before the Middle District of Florida ("Middle District Action"). See Cherry Group, LLC v. D.B. Swirn Special Opportunities Fund, L.P., No. 3:08-cv-222-MMH-TEM, DE 123 (M.D. Fla. Sept. 12, 2011) (Initial Fee Appl. of Former Counsel for Tama Broadcasting, Inc.) ("Fees Motion"). Tama contends that both cases are among several vexatious suits that Plaintiffs have filed regarding their loss of corporate control over Tama. Tama's Motion seeks to stay this case, including Tama's obligation to respond to Plaintiffs' Complaint, until the District Court in the Middle District Action decides the Fees Motion.

Having considered the arguments in Tama's Motion, and in view of Plaintiffs' failure to respond, the Court finds it appropriate to stay this action until the Fees Motion in the Middle District Action is resolved. The Court notes that the Magistrate Judge in that case has issued a Report recommending that the Fees Motion be denied, and the fee applicants (including Plaintiffs here) have filed objections to the Report. See id., DE 126, 127. The Magistrate Judge's recommendation is based mainly on procedural grounds, so it is unclear whether the District Court's resolution of the Fees Motion will dispose of any issues presented in this case. Nevertheless, because the District Court has not yet issued a final decision on Plaintiffs' entitlement to fees, moving forward with this case would risk inconsistent rulings, duplicate litigation, and unnecessary expense. See Cypress Chase Condo. Ass'n "A" v. QBE Ins. Corp., No. 10-61987-CIV, 2011 WL 1544860, at *5 (S.D. Fla. Apr. 15, 2011) ("Federal courts routinely exercise their power to stay a proceeding where a stay would promote judicial economy and efficiency."); cf. Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist., 559 F.3d 1191, 1194, 1198 (11th Cir. 2009) (approving of district court's decision to stay litigation pending appeal of related federal action, where district court "noted 'extensive

similarities' between the issues in the cases and found that 'the interests of justice and judicial economy, including avoiding inconsistent results, the duplication of efforts, and the waste of judicial resources, will be promoted by granting a stay of this proceeding'").

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant Tama Broadcasting, Inc.'s Motion to Stay Pending Resolution of First-Filed Case [DE 5] is **GRANTED**.

2. The above-styled action and all deadlines herein are **STAYED** pending a final order or judgment on the Initial Fee Application of Former Counsel for Tama Broadcasting, Inc., in <u>Cherry Group, LLC v. D.B. Swirn Special Opportunities Fund, L.P.</u>, No. 3:08-cv-222-MMH-TEM, DE 123 (M.D. Fla. Sept. 12, 2011).

3. The parties shall file a **STATUS REPORT** with this Court regarding the Fees Motion every 30 days following the date of this Order. In addition, the parties shall notify the Court within 14 days after entry of a final order or judgment on the Fees Motion.

4. Defendant Tama Broadcasting, Inc., shall respond to Plaintiffs' Complaint within 14 days after the Court lifts the stay of this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of March, 2013.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record via CM/ECF